**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

**HENRY A. FRANTZEN, individually,
and as Trustee of the Henry A. Frantzen Trust
and the Julie L. Frantzen Trust, and
JULIE L. FRANTZEN, individually, and as
Trustee of the Henry A. Frantzen Trust and
the Julie L. Frantzen Trust,**

                                                                         **Case No. 2:12-cv-339FTM-29SPC**

            **Plaintiffs,**

**v.**

**WEIL LIFESTYLE, LLC,**

            **Defendant.**

_____/

## ORDER

This matter comes before the Court on Plaintiff and Defendant's Joint Motion for Leave to Meet Telephonically for the Purpose of Preparing Case Management Report (Doc. #21) filed on August 21, 2012. Telephonic hearings for conferences are encouraged by the Court where they are feasible. <u>Fischer v. District School Bd. Of Collier County</u>, 2010 WL 3522215 *1 (M.D. Fla. Sept. 7, 2010). Moreover, pursuant to M.D. Fla. Local Rule 3.01(i), "the use of telephonic hearings and conferences is encouraged, whenever possible, particularly when counsel are located in different cities."

Counsel for parties are located in Boston, Massachusetts; Tampa, Florida; West Palm Beach, Florida; and Naples, Florida, and have agreed to meet telephonically. As the use of telephonic hearings and conference is encouraged, the Court will grant the motion.

Accordingly, it is now **ORDERED:**

Joint Motion for Leave to Meet Telephonically for the Purpose of Preparing Case Management Report (Doc. #21) is **GRANTED**.

**DONE AND ORDERED** at Fort Myers, Florida, this 26th day of August, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: Counsel of Record